UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 00CR1210-LAB |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT; WITHDRAWAL ARREST WARRANT; AND JUDGMENT |
| BACILIO GARCIA PONCE (7), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant BACILIO GARCIA PONCE (7), is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for BACILIO GARCIA PONCE (7), be recalled and judgment entered.

DATED: June 26, 2012

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge